IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 11-cr-00309-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1) MONIQUE ANN ROSENE

    Defendant.

---

MINUTE ORDER

---

| Pursuant to the directions of | Nancy Marble, Deputy Clerk |
|---|---|
| Magistrate Judge Boyd N. Boland | October 28, 2011 |

---

IT IS HEREBY ORDERED that the government has five days to file a response to (55) Amended Motion to Amend/Correct Conditions of Pretrial Release by Monique Ann Rosene, up to and including November 4, 2011.

Case is set for hearing on (55) Amended Motion to Amend/Correct Conditions of Pretrial Release by Monique Ann Rosene, on **Wednesday, November 9, 2011 at 8:30 am**, before Magistrate Judge Boland, Courtroom A401, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado.

---

copy to:

Matthew Golla, Federal Public Defender

Joseph Mackey, Assistant U.S. Attorney

via CM/ECF electronic notification on 10/28/11.