IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00309-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. PATRICK OWEN ROSENE,

    Defendant.

---

**ORDER VACATING HEARING AND WITHDRAWING PETITION**

---

    This matter coming to the attention of the Court upon report of the probation officer of this Court, and the Court having been advised of the defendant's adjustment to date, it is

    ORDERED that the Compliance Review Hearing set for August 19, 2013 is vacated and the petition for a compliance review/modification hearing is withdrawn. All conditions ordered at sentencing on February 3, 2012 shall remain in full force and effect.

    DATED August 13, 2013.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge